UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __19-3881-MJ-BECERRA__

UNITED STATES OF AMERICA,

v.

**NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL**

__BRUCE BAGLEY__

COMES NOW __DANIEL H. FORMAN__ and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**) __DANIEL H. FORMAN__

Counsel's Signature __/s/ Daniel__

Address __1401 BRICKELL AVENUE #910__
__MIAMI__   ZIP CODE: __33131__

Telephone __(305) 577-8888__   FLORIDA BAR NUMBER: __229261__

Date: __11-18-19__